IH-32                                                                                                                         Rev: 2014-1

# United States District Court
для
## Southern District of New York
### Related Case Statement

---

#### Full Caption of Later Filed Case:

AMIA CAPITAL MACRO MASTER FUND LIMITED, et al.

See attached Rider.

**Plaintiff**

vs.

THE PROVINCE OF BUENOS AIRES

**Defendant**

**Case Number**

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

AMIA CAPITAL MACRO MASTER FUND LIMITED, AMUNDI FUNDS - EMERGING MARKETS BOND, AMUNDI INVESTMENT FUNDS - EMERGING MARKETS SOVEREIGN BOND, CAIUS CAPITAL MASTER FUND, CORBIN ERISA OPPORTUNITY FUND, LTD., CROWN MANAGED ACCOUNTS SPC - CROWN/GT SEGREGATED PORTFOLIO, FS CREDIT INCOME FUND, GN3 SIP LIMITED, GOLDENTREE CO-INVEST MASTER FUND II LTD., GOLDENTREE DISTRESSED MASTER FUND III LTD., GOLDENTREE DISTRESSED ONSHORE MASTER FUND III LP, GOLDENTREE EMERGING MARKETS MASTER FUND ICAV, GOLDENTREE INSURANCE FUND SERIES INTERESTS OF THE SALI MULTI-SERIES FUND, L.P., GOLDENTREE MASTER FUND, LTD., GOLDENTREE MULTI SECTOR-C LP, GOLDENTREE NJ DISTRESSED FUND 2015 LP, GOLDENTREE V1 MASTER FUND, L.P., GT CREDIT FUND LP, GT G DISTRESSED FUND 2020 LP, GT NM, LP, GUADALUPE FUND, LP, HIGH YIELD AND BANK LOAN SERIES TRUST, KAPITALFORENINGEN INDUSTRIENS PENSION PORTFOLIO - EMERGING MARKETS OBLIGATIONER I, LOUISIANA STATE EMPLOYEES RETIREMENT SYSTEM, MA MULTI-SECTOR OPPORTUNISTIC FUND, LP, PINEHURST PARTNERS, L.P., SAN BERNARDINO COUNTY EMPLOYEES RETIREMENT ASSOCIATION, and BEAUREGARDE HOLDINGS LLP,

**Plaintiff**

vs.

THE PROVINCE OF BUENOS AIRES

**Defendant**

**Case Number**

21-cv-2488

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

✓ Open  (If so, set forth procedural status and summarize any court rulings.)

The earlier-filed case was filed the same day as the later-filed case.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

There is substantial overlap between the two cases.  Both arise out of the Province of Buenos Aires' failure to make principal and interest payments on certain debt securities beneficially owned by the Plaintiffs.  Moreover, all but one of the Plaintiffs in the earlier-filed case are Plaintiffs in the newly-filed case, and the sole defendant in each action is the Province of Buenos Aires.  The cases involve common parties, as well as common issues of fact and law.

Signature: /s/ Glenn M. Kurtz                         Date: March 23, 2021

Firm: White & Case LLP

## RIDER TO THE RELATED CASE STATEMENT

<u>Full Caption of Later Filed Case:</u>

AMIA CAPITAL MACRO MASTER FUND LIMITED, AMUNDI FUNDS - EMERGING MARKETS BOND, AMUNDI FONDI ITALIA - AMUNDI OBBLIGAZIONARIO PAESI EMERGENTI A DISTRIBUZIONE, AMUNDI FUNDS - EMERGING MARKETS BLENDED BOND, AMUNDI FUNDS - EMERGING MARKETS HARD CURRENCY BOND, AMUNDI FUNDS - EMERGING MARKETS SHORT TERM BOND, AMUNDI FUNDS - STRATEGIC BOND, FONDI AMUNDI -  AMUNDI OBBLIGAZIONARIO DINAMICO, AMUNDI FUNDS - OPTIMAL YIELD SHORT TERM, AMUNDI S.F. - EMERGING MARKETS BOND 2024, AMUNDI S.F. - EMERGING MARKETS BOND 2025, CAIUS CAPITAL MASTER FUND, CALLAWAY STRATEGIC OPPORTUNITY FUND I LP, BAYERNINVEST ALTERNATIVE LOAN FONDS-SEGMENT GOLDENTREE 2, CORBIN ERISA OPPORTUNITY FUND, LTD., CROWN MANAGED ACCOUNTS SPC - CROWN/GT SEGREGATED PORTFOLIO, FS CREDIT INCOME FUND, GINKGO TREE, LLC, GN3 SIP LIMITED, GOLDENTREE CO-INVEST MASTER FUND II LTD., GOLDENTREE DISTRESSED MASTER FUND III LTD., GOLDENTREE DISTRESSED ONSHORE MASTER FUND III LP, GOLDENTREE EMERGING MARKETS MASTER FUND ICAV, GOLDENTREE INSURANCE FUND SERIES INTERESTS OF THE SALI MULTI-SERIES FUND, L.P., GOLDENTREE MASTER FUND, LTD., GOLDENTREE MULTI SECTOR-C LP, GOLDENTREE NJ DISTRESSED FUND 2015 LP, GOLDENTREE V1 MASTER FUND, L.P., GT CREDIT FUND LP, GT G DISTRESSED FUND 2020 LP, GT NM, LP, GUADALUPE FUND, LP, HIGH YIELD AND BANK LOAN SERIES TRUST, KAPITALFORENINGEN INDUSTRIENS PENSION PORTFOLIO - EMERGING MARKETS OBLIGATIONER I, LOUISIANA STATE EMPLOYEES RETIREMENT SYSTEM, MA MULTI-SECTOR OPPORTUNISTIC FUND, LP, PINEHURST PARTNERS, L.P., SAN BERNARDINO COUNTY EMPLOYEES RETIREMENT ASSOCIATION, GREYLOCK GLOBAL OPPORTUNITY MASTER FUND, LTD., GREYLOCK GLOBAL FOCUS MASTER FUND, LTD, BEAUREGARDE HOLDINGS LLP, BEAUREGARDE HOLDINGS II LLP, and MANDRAKE HOLDINGS, LLC,

                                                                              Plaintiffs,

vs.

THE PROVINCE OF BUENOS AIRES,

                                                                              Defendant.