UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMIA CAPITAL MACRO MASTER FUND LTD., et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>THE PROVINCE OF BUENOS AIRES,<br><br>      Defendant. | 21-cv-2492 (ER) |

### NOTICE OF MOTION TO DISMISS NOTEHOLDER PLAINTIFFS' BREACH OF CONTRACT CLAIMS (COUNTS I-V) AND ALL PLAINTIFFS' CLAIMS FOR UNJUST ENRICHMENT/QUANTUM MERUIT (COUNT VI)

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law of the Province of Buenos Aires (the "Province") dated August 6, 2021, and the prior record in the above-captioned action, the Province will move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing with prejudice (i) the breach of contract claims of the Noteholder Plaintiffs (Counts I-V) and (ii) all Plaintiffs' claim for unjust enrichment/quantum meruit (Count VI), and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
      August 6, 2021

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ Carmine D. Boccuzzi Jr.

Carmine D. Boccuzzi Jr. (cboccuzzi@cgsh.com)
Rathna J. Ramamurthi (rramamurthi@cgsh.com)
One Liberty Plaza
New York, New York 10006
T: 212-225-2000,

*Attorneys for the Province of Buenos Aires*